# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0505. DAVID LITTLE, II v. HOPE HARMON.**

Prisoner David Little, II, filed a pro se complaint against Hope Harmon, and the trial court dismissed the case with prejudice for failure to state a claim upon which relief can be granted. Little filed a "Motion to Alter or Amend the Judgment," which the trial court denied. Little then filed this direct appeal. We, however, lack jurisdiction.

Because Little is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary review in the appropriate appellate court.

Little's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489, 490-491 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/01/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*